UNITED STATES DISTRICT COURT

DISTRICT COURT OF Southern Ohio

UNITED STATES OF AMERICA )

    Plaintiff - Respondent )   USDC Case No: 2:20 CR 87 (1)

vs. )

Rita Gray )   Honorable Judge Watson

    Defendant - Petitioner     United States District Judge

===========================================================

### PRO SE MOTION FOR MODIFICATION OF SENTENCE

### PURSUANT TO 18 U.S.C. 3582(c)(2)

(Retroactive Guideline Amendment 821)

    I hereby respectfully request a modficiation or reduction of my sentence pursuant to 18 U.S.C. 3582(c)(2) & the new guideline amendment 821 to the United States Sentencing Guidelines, which make a reduction in the base offense level for Parts A and B of the 2023 Criminal History Amendment retroactive as November 1, 2023.

    In support of my motion, I state as follows:

1. I am currently serving a federal term of imprisonment.

2. I was sentenced in the District Court of Southern Ohio by Judge Michael Watson on May 24, 2023 to a term of 60 months in prison. My total offense level was 23 and my crminal history category was Zero.

3. My projected release date is August 12, 2026.

4. I hereby DO (DO or DO NOT) request a court appointed attorney and permission to proceed in forma pauperis.

Signature of Petitioner: _____ Date: 12/07/2023

Signature of Petitioner: _____ Date: 12/07/23

Printed or Typed Name: _RITA GRAY_____ Register No: _____

Current Address: _RITA GRAY 78930-061_____
                  FPC ALDERSON, GLEN RAY RD
                  BOX A
                  ALDERSON, WV 24910

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was sent via

postage prepaid to the Office of the U.S. Attorney for the District of

_____ on this _____ day of _____, 2023.


Signature: _____

Rita Gray 78930 061 B3
Fpc Alderson
Po Box A
Alderson, WV 24910

Glen Ray Rd

CERTIFIED MAIL®

7020 1810 0002 1524 0788

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

RECEIVED
DEC 18 2023
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

78930-061<>
Clerk Of Us Courthouse
85 Marconi BLVD
Room 121
Columbus, OH 43215
United States

43215$2823 C004

RDC 99

R2305K140697-09

$0.00

43215

UNITED STATES
POSTAL SERVICE®

Retail

U.S. POSTAGE PAID
FCM LETTER
ALDERSON, WV 24910
DEC 13, 2023

